UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES GRIFFEE,

       Plaintiff,                                  Case Number 12-13553
                                                  Honorable David M.  Lawson

v.

MEDICREDIT, INC. and DOES 1-10, inclusive,

       Defendants.

_____/

## ORDER OF DISMISSAL

On October 12, 2012, the plaintiff filed a Notice of Settlement in this case.  Therefore, the case

will be dismissed.

Accordingly, it is **ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** and

without costs.  Either party may apply to reopen this matter on or before **November 30, 2012,** to

enforce the settlement agreement.

                                     s/David M. Lawson
                                     DAVID M. LAWSON
                                     United States District Judge

Dated: October 15, 2012

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on October 15, 2012.

                            s/Deborah R. Tofil
                            DEBORAH R. TOFIL